tioner. *M. E. Clinton* for the Missouri-Kansas-Texas Railroad Co., and *Sam Elson* for the Brotherhood of Railway and Steamship Clerks, Freight Handlers, Express and Station Employees, respondents. 

No. 816. ATWOOD *v.* LYDICK. Supreme Court of Texas and/or Court of Civil Appeals of Texas, Third Judicial District. Certiorari denied. *W. C. Austin* for petitioner.

No. 847. DUDLEY *v.* UNITED STATES; and
No. 851. LONDOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Stanley D. Baskin* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 855. SHIRLEY-DUKE APARTMENTS, SECTION 1, INC., ET AL. *v.* MASON, FEDERAL HOUSING COMMISSIONER, ET AL. C. A. 4th Cir. Certiorari denied. *Armistead L. Boothe* and *Carl Budwesky* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondents. 

No. 856. COLUMBIA PICTURES CORP. *v.* STEPHENS. C. A. 2d Cir. Certiorari denied. *Arthur H. Schwartz* for petitioner. *David Schenker* for respondent. 

No. 860. WIESEN-HART, INC., *v.* ADVISERS, INCORPORATED. C. A. 6th Cir. Certiorari denied. *J. Warren Kinney, Jr.* for petitioner. *Stanton T. Lawrence, Jr.,* for respondent.